IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01976-BNB

MICHAEL B. WOOLMAN,

    Plaintiff,

v.

3 EAGLES COMMUNICATION, Chief Rolland Johnson,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 04 2011

GREGORY C. LANGHAM
                CLERK

ORDER OF DISMISSAL

Plaintiff, Michael B. Woolman, currently resides in Lincoln, Nebraska. Mr. Woolman, acting *pro se*, initiated this action by submitting a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs. On August 5, 2011, Magistrate Judge Boyd N. Boland instructed Mr. Woolman to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Woolman to file the proper Court-approved forms used in filing a civil complaint and in submitting a request to proceed pursuant to 28 U.S.C. § 1915. Mr. Woolman was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On August 29, 2011, Mr. Woolman filed a document captioned "Continueance [sic] of Case." In the document, Mr. Woolman requests an extension of six months to comply with the August 5 Order to Cure. Magistrate Judge Boland denied the request,

finding that the issues were not sufficiently unique or complex to merit such an extension and gave Mr. Woolman an additional thirty days to comply with the August 5 Order.

Mr. Woolman now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.

DATED at Denver, Colorado, this __4th__ day of __October__, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01976-BNB

Michael B Woolman
4621 Prescott Ave Apt. 2112
Lincoln, NE 68506

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on October 4, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk